# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

**WILLIAM WELLS, III,**

    **Plaintiff,**

v.                                          Case No.: 3:24-cv-532-TJC-PDB

**JOHN PALMER ET AL.,**

    **Defendants.**

_____/

## NOTICE OF RELATED CASE

Notice is hereby given pursuant to Middle District of Florida Local Rule 1.07(c) that this action is related to a different action filed in this Court. The other related action is *Mark Davis, et al. v. Ricky D. Dixon, et al.*, 3:17-cv-820-MMH/PDB currently pending in this Court. The cited case has already settled, and the settlement dictates the contours of Death Row inmates who are not on Heightened Security. Currently, the court has retained jurisdiction over the settlement agreement in the cited case.

1

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Related Case* was e-filed electronically through CM/ECF on March 11, 2025, and furnished by U.S. Mail to: William Edward Wells, DC# 326252, Union Correctional Institution, P. O. Box 1000 Raiford, Florida 32083 on March 11, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com