# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIAM EDWARD WELLS, III,

    Plaintiff,

v.                            Case No. 3:24-cv-532-TJC-PDB

JOHN PALMER, et al.,

    Defendants.
_____

## ORDER

    Plaintiff's Unopposed Motion to Appoint Federal Counsel (Doc. 23) is **DENIED without prejudice**. A plaintiff in a civil case does not have a constitutional right to counsel, and courts have broad discretion in deciding whether to appoint counsel. Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999). A court should appoint counsel in a civil case only in "exceptional circumstances." Id. In determining whether to appoint counsel, a court may consider the type and complexity of the case, whether the plaintiff can adequately investigate and present his case, and whether the case will require skill in presenting evidence and in conducting cross-examination. Ulmer v. Chancellor, 691 F.2d 209, 213 (5th Cir. 1982) (cited with approval in Smith v. Fla. Dep't of Corr., 713 F.3d 1059, 1065 n.11 (11th Cir. 2013)); see DeJesus v. Lewis, 14 F.4th 1182, 1204 (11th Cir. 2021).

Upon review of the Motion and the file, the Court finds that Plaintiff has not shown exceptional circumstances that would warrant the appointment of counsel at this time. Indeed, the circumstances Plaintiff discusses are not unique—every prisoner litigating a federal case on his own behalf faces the same hurdles. Moreover, Plaintiff's filings indicate he is able to present his positions and litigate this case on his own behalf. Should the circumstances of the case change, the Court may <u>sua sponte</u> reconsider Plaintiff's request.

Plaintiff represents in the Motion that the parties have engaged in settlement discussions. If the parties believe that a settlement conference with a United States Magistrate Judge may be beneficial prior to the filing of dispositive motions, the Court will so order. Thus, by **December 17, 2025**, the parties shall confer and defense counsel shall file a notice advising whether the parties wish to attend a settlement conference before filing dispositive motions.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of November, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

JAX-3 11/19
c:
William Edwards Wells, III, #326252
Counsel of Record