# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

**WILLIAM WELLS, III,**

    **Plaintiff,**

v.                                                                Case No.: 3:24-cv-532-TJC-PDB

**JOHN PALMER ET AL.,**

    **Defendants.**

_____/

## NOTICE REGARDING SETTLEMENT CONFERENCE

Notice is hereby given that the parties have conferred about whether a settlement conference would be beneficial, pursuant to this Court's Order. (Doc. 24). The parties conferred on December 15, 2025, at 11:00 AM. Based on the conferral, it does not appear that a Settlement Conference would be beneficial prior to dispositive motions being due.

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice Regarding Settlement Conference* was e-filed electronically through CM/ECF on December 15, 2025, and furnished by U.S. Mail to: William Edward Wells, DC# 326252, Union Correctional Institution, P. O. Box 1000 Raiford, Florida 32083 on December 15, 2025.

/s/ Erik Kverne
Erik Kverne
Special Counsel – Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com