IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM EDWARD WELLS, III,
DC No.: 326252,
    Plaintiff,

Case No.: 3:24-CV-532-TJC-PDB

vs.

JOHN PALMER, et al.,
    Defendants.
_____/

## NOTICE OF APPEARANCE
## AND DESIGNATION OF LEAD COUNSEL

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel for Defendants, Krissy Stanford and Richard Andrews. Counsel requests that she be served with all future pleadings and correspondence in this cause at the address listed below.

The undersigned counsel is designated as lead counsel for Defendants.
All further pleadings filed in this matter should be served as follows:

Primary e-mail address: Elizabeth.Tiernan@myfloridalegal.com
Secondary e-mail address: Spencer.Gordon@myfloridalegal.com
Tertiary e-mail address: CivilLitigationNorth.eService@myfloridalegal.com

Respectfully submitted,

JAMES UTHMEIER
Attorney General

_____
Elizabeth Tiernan, Esq.
Assistant Attorney General
Florida Bar No.: 127145
Office of the Attorney General
The Capitol, Suite PL01
Tallahassee, Florida 32399-1050
Tel. 850-414-3300/Fax. 850-488-4872
Elizabeth.Tiernan@myfloridalegal.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a true and correct copy of the foregoing has been electronically filed through the CM/ECF system, and a copy has been sent to **Plaintiff**, William Edward Wells, III, DC No.: 326252, Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083, via U.S. Mail, on this 9th, day of February, 2026.

_____
Elizabeth Tiernan, Esq.
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM EDWARD WELLS, III,
DC No.: 326252,
    Plaintiff,

Case No.: 3:24-CV-532-TJC-PDB

vs.

JOHN PALMER, et al.,
    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH ORDER

**PLEASE TAKE NOTICE** that counsel for Defendants will file Notices of Appearance on behalf of Krissy Stanford and Richard Andrews as required by this Court's Order. ECF 29 at 2.

Respectfully submitted,

JAMES UTHMEIER
Attorney General

Elizabeth Tiernan, Esq.
Assistant Attorney General
Florida Bar No.: 127145

Erik Kverne
Corrections Practice Manager
Florida Bar No.: 99829

Page 1 of 2

Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Elizabeth.Tiernan@myfloridalegal.com
Erik.Kverne@myfloridalegal.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing has been electronically filed through the CM/ECF system, and a copy has been sent to **Plaintiff**, William Edward Wells, III, DC No.: 326252, Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083, via U.S. Mail, on this 9th, day of February, 2026.

_____
Elizabeth Tiernan, Esq.
Assistant Attorney General