## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIAM EDWARD WELLS, III,
DC No.: 326252,
     Plaintiff,                     Case No.: 3:24-CV-532-TJC-PDB

vs.

JOHN PALMER, et al.,
     Defendants.

_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as

co-counsel for Defendants, Krissy Stanford and Richard Andrews. Please send all

future pleadings and correspondence in this case to undersigned counsel's

attention.

Respectfully submitted,

Erik Kverne
Corrections Practice Manager
Florida Bar No.: 99829
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Erik.Kverne@myfloridalegal.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing has been electronically filed through the CM/ECF system, and a copy has been sent to **Plaintiff**, William Edward Wells, III, DC No.: 326252, Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083, via U.S. Mail, on this 9th, day of February, 2026.

Erik Kverne
Corrections Practice Manager

2