# Exhibit L

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**OFFICE OF THE COLONEL**

**MEMO TO:** Shift Captains

**FROM:** Colonel Lindsey

**DATE:** June 29, 2022

**Subject: Heightened Security – Inmate Wells, Williams DC#326252 P4105S**

---

Effective immediately and until further written notice from this office, the following Heightened Security procedures will be followed prior to removal of Inmate **Wells, Williams DC#326252 P4105S** He will be ordered to turn around and back up to his cell door and ordered to place his hands out the handcuff port with his thumps up where he will be handcuffed behind his back with the restraint chain in place on the handcuffs.

1. He will be ordered to back out of the cell. Two (2) officers will then secure the waist chain, order the inmates to get on his knees and the leg irons will be applied.
2. He will then be escorted ***by a minimum of two (2) officers,*** to the pre-determined location and back. If the inmate must leave the unit, the inmate will be secured in the holding cell. The restraints will be placed in the front utilizing the handcuffs, black box, and the waist chain for the escort. Any deviation from these instructions must be approved by the shift captain or higher authority.
3. The cell is to be searched each time he is removed and documented on the DC6-229 and DC6-2001.

Once he is returned to his cell the following procedures will be followed:

1. He will be ordered to get on his knees and face the outside of his cell door. The Officers will then remove the leg irons and secure the restraint chain.
2. The inmate will then enter his cell; the cell door will be secured. While maintaining hold of the restraint chain, the inmate will be ordered to back up to the handcuff port where the handcuffs and restraint chain will be removed.

Your assistance in this matter is appreciated.

Correctional Officer Colonel

cc: File

**Date:** January 10, 2023

**Florida Department of Corrections**
**Institutional Classification Team Docket**

**Page _____ of _____**

Institution: Union Correctional Institution
Chairman: ______
Class. Supervisor: ______
Chief of Security: ______
Start Time ______
Other member: ______
Other member: ______
Other member: ______

| Bunk | DC# | Inmate Name | Team | Custody | Purpose | ICT Action | SCO Final Action |
|---|---|---|---|---|---|---|---|
| | | Heighten Security/Solid Door | | | | | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| P4105S | 326252 | WELLS, WILLIAM | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| **State Classification Officer Signature: Date** | | **Review Date:** | |
|---|---|---|---|

## Purpose abbreviations:

| | | | |
|---|---|---|---|
| CU=Custody Review (initial & reclassification) | DC=DC 60-day Review/Release | For FSP only: | I-MAX=initial maximum management review |
| I-IMP=Initial Inmate Management Plan (completed; permanent facilities) | PSR=Loss of Privileges/Sanction/Restriction | | MAX=subsequent maximum management review |
| PR=Progress Review | VS=Visitation Suspension | For Death Row facilities only: | I-DROW=initial death row review |
| WK=Work Assignment | RFGT=Restoration of Forfeited Gain Time Recommendation | | DROW=death row progress review |
| PGM=Program Assignment | ICC=Interstate Compact Recommendation | For Close Management facilities only: | I-CM=initial close management review |
| CWR=Community Work Release Assignment Recommendation/Termination | FCOR=FCOR Recommendation/Report | | CM=subsequent close management review |
| CWA=Community Work Assignment Recommendation/Termination | TRF=Transfers Recommendation | For Protective Management facilities only: | I-PM=initial protective management review |
| HO=Special Housing Assignment | SR=Special Review Recommendation | | PM=subsequent protective management review |
| AC=Subsequent 30-day AC Review/Extension/Release | OTH=Other Event | For Youthful Offender facilities only: | YO=youthful offender declaration/reassignment/BTU |
| I-PN=initial protection needs hearing/decision | I-CMR=initial close management referral | | |

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**OFFICE OF THE COLONEL**

1868

**MEMO TO:** Shift Captains

**FROM:** Colonel Lindsey

**DATE:** 06-29 2023

**Subject: Heightened Security – Inmate WELLS, WILLIAM 326252 P4105S**

---

Effective immediately and until further written notice from this office, the following Heightened Security procedures will be followed prior to removal of Inmate **WELLS, WILLIAM 326252 P4105S.** He will be ordered to turn around and back up to his cell door and ordered to place his hands out the handcuff port with his thumps up where he will be handcuffed behind his back with the restraint chain in place on the handcuffs.

1. He will be ordered to back out of the cell. Two (2) officers will then secure the waist chain, order the inmates to get on his knees and the leg irons will be applied.
2. He will then be escorted ***by a minimum of two (2) officers,*** to the pre-determined location and back. If the inmate has to leave the unit, the inmate will be secured in the holding cell. The restraints will be placed in the front utilizing the handcuffs, black box, and the waist chain for the escort. Any deviation from these instructions must be approved by the shift captain or higher authority.
3. The cell is to be searched each time he is removed and documented on the DC6-229 and DC6-2001.

Once he is returned to his cell the following procedures will be followed:

1. He will be ordered to get on his knees and face the outside of his cell door. The Officers will then remove the leg irons and secure the restraint chain.
2. The inmate will then enter his cell; the cell door will be secured. While maintaining hold of the restraint chain, the inmate will be ordered to back up to the handcuff port where the handcuffs and restraint chain will be removed.

Your assistance in this matter is appreciated.

Correctional Officer Colonel

cc: File

**Date:** July 11, 2023

**Florida Department of Corrections**
**Institutional Classification Team Docket**

**Page _____ of _____**

Institution: Union Correctional Institution
Start Time __________

Chairman: __________
Class. Supervisor: __________
Chief of Security: __________

Other member: __________
Other member: __________
Other member: __________

| Bunk | DC# | Inmate Name | Team | Custody | Purpose | ICT Action | SCO Final Action |
|---|---|---|---|---|---|---|---|
| | | Heighten Security/Solid Door | | | | | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| P4105S | 326252 | WELLS, WILLIAM | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| **State Classification Officer Signature: Date** | | **Review Date:** | |
|---|---|---|---|

DC6-120 (Effective 05/21) Incorporated by Reference in Rule 33-601.242, F.A.C.

## Purpose abbreviations:

| | | | |
|---|---|---|---|
| CU=Custody Review (initial & reclassification) | DC=DC 60-day Review/Release | For FSP only: | I-MAX=initial maximum management review |
| I-IMP=Initial Inmate Management Plan (completed; permanent facilities) | PSR=Loss of Privileges/Sanction/Restriction | | MAX=subsequent maximum management review |
| PR=Progress Review | VS=Visitation Suspension | For Death Row facilities only: | I-DROW=initial death row review |
| WK=Work Assignment | RFGT=Restoration of Forfeited Gain Time Recommendation | | DROW=death row progress review |
| PGM=Program Assignment | ICC=Interstate Compact Recommendation | For Close Management facilities only: | I-CM=initial close management review |
| CWR=Community Work Release Assignment Recommendation/Termination | FCOR=FCOR Recommendation/Report | | CM=subsequent close management review |
| CWA=Community Work Assignment Recommendation/Termination | TRF=Transfers Recommendation | For Protective Management facilities only: | I-PM=initial protective management review |
| HO=Special Housing Assignment | SR=Special Review Recommendation | | PM=subsequent protective management review |
| AC=Subsequent 30-day AC Review/Extension/Release | OTH=Other Event | For Youthful Offender facilities only: | YO=youthful offender declaration/reassignment/BTU |
| I-PN=initial protection needs hearing/decision | I-CMR=initial close management referral | | |

**Date:** January 9, 2024

**Florida Department of Corrections**
**Institutional Classification Team Docket**



Institution: Union Correctional Institution
Start Time: ____________

Chairman: ____________
Class. Supervisor: ____________
Chief of Security: ____________

Other member: ____________
Other member: ____________
Other member: ____________

**Docket Schedule**

| Bunk | DC# | Inmate Name | Team | Custody | Purpose | ICT Action | SCO Final Action |
|---|---|---|---|---|---|---|---|
| | | **HEIGHTEN SECURITY/SOLID DOOR** | | | | | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| P4105 | 326252 | Wells, William | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **State Classification Officer Signature:** | | **Review Date:** | |

## Purpose abbreviations:

| | | | |
|---|---|---|---|
| CU=Custody Review (initial & reclassification) | DC=DC 60-day Review/Release | For FSP only: | I-MAX=initial maximum management review |
| I-IMP=Initial Inmate Management Plan (completed; permanent facilities) | PSR=Loss of Privileges/Sanction/Restriction | | MAX=subsequent maximum management review |
| PR=Progress Review | VS=Visitation Suspension | For Death Row facilities only: | I-DROW=initial death row review |
| WK=Work Assignment | RFGT=Restoration of Forfeited Gain Time Recommendation | | DROW=death row progress review |
| PGM=Program Assignment | ICC=Interstate Compact Recommendation | For Close Management facilities only: | I-CM=initial close management review |
| CWR=Community Work Release Assignment Recommendation/Termination | FCOR=FCOR Recommendation/Report | | CM=subsequent close management review |
| CWA=Community Work Assignment Recommendation/Termination | TRF=Transfers Recommendation | For Protective Management facilities only: | I-PM=initial protective management review |
| HO=Special Housing Assignment | SR=Special Review Recommendation | | PM=subsequent protective management review |
| AC=Subsequent 30-day AC Review/Extension/Release | OTH=Other Event | For Youthful Offender facilities only: | YO=youthful offender declaration/reassignment/BTU |
| I-PN=initial protection needs hearing/decision | I-CM=initial close management referral | | |

**Date:** July 9, 2024

# Florida Department of Corrections
## Institutional Classification Team Docket



Institution: Union Correctional Institution Chairman: ____________ Other member: ____________
Class. Supervisor: ____________ Other member: ____________
Start Time: ____________ Chief of Security: ____________ Other member: ____________

**Docket Schedule**

| Bunk | DC# | Inmate Name | Team | Custody | Purpose | ICT Action | SCO Final Action |
|---|---|---|---|---|---|---|---|
| | | HEIGHTEN SECURITY/SOLID DOOR | | | | | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| P4105 | 326252 | Wells, William | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| **State Classification Officer Signature:** | | **Review Date:** | |
|---|---|---|---|

## Purpose abbreviations:

| | | | |
|---|---|---|---|
| CU=Custody Review (initial & reclassification) | DC=DC 60-day Review/Release | For FSP only: | I-MAX=initial maximum management review |
| I-IMP=Initial Inmate Management Plan (completed; permanent facilities) | PSR=Loss of Privileges/Sanction/Restriction | | MAX=subsequent maximum management review |
| PR=Progress Review | VS=Visitation Suspension | For Death Row facilities only: | I-DROW=initial death row review |
| WK=Work Assignment | RFGT=Restoration of Forfeited Gain Time Recommendation | | DROW=death row progress review |
| PGM=Program Assignment | ICC=Interstate Compact Recommendation | For Close Management facilities only: | I-CM=initial close management review |
| CWR=Community Work Release Assignment Recommendation/Termination | FCOR=FCOR Recommendation/Report | | CM=subsequent close management review |
| CWA=Community Work Assignment Recommendation/Termination | TRF=Transfers Recommendation | For Protective Management facilities only: | I-PM=initial protective management review |
| HO=Special Housing Assignment | SR=Special Review Recommendation | | PM=subsequent protective management review |
| AC=Subsequent 30-day AC Review/Extension/Release | OTH=Other Event | For Youthful Offender facilities only: | YO=youthful offender declaration/reassignment/BTU |
| I-PN=initial protection needs hearing/decision | I-CM=initial close management referral | | |

**Date:** January 21, 2025

**Florida Department of Corrections**
**Institutional Classification Team Docket**

**Page 1 of 1**

Institution: Union Correctional Institution
Start Time: ______

Chairman: K. Tomlinson
Class. Supervisor: R. Andrews
Chief of Security: R. Mason

Other member: ______
Other member: ______
Other member: ______

**Docket Schedule**

| Bunk | DC# | Inmate Name | Team | Custody | Purpose | ICT Action | SCO Final Action |
|---|---|---|---|---|---|---|---|
| | | HEIGHTEN SECURITY/SOLID DOOR | | | | | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| P4105 | 326252 | Wells, William | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | RECOMMENDED HEIGHTEN SECURITY/SOLID DOOR | | | | | |
| [redacted] | | | 06 | MAX | HS | Heighten Security ☑ Approve ☐ Denied | |
| | | | 06 | MAX | HS | Heighten Security ☑ Approve ☐ Denied | |
| | | Heighten Sec/Solid Door | | | | | |
| [redacted] | | | 06 | Max | HS | Heighten Review - Approved | |
| | | | 06 | Max | HS | Heighten Review - Approved | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**State Classification Officer Signature:** ______ **Review Date:** ______

## Purpose abbreviations:

| | | | |
|---|---|---|---|
| CU=Custody Review (initial & reclassification) | DC=DC 60-day Review/Release | For FSP only: | I-MAX=initial maximum management review |
| I-IMP=Initial Inmate Management Plan (completed; permanent facilities) | PSR=Loss of Privileges/Sanction/Restriction | | MAX=subsequent maximum management review |
| PR=Progress Review | VS=Visitation Suspension | For Death Row facilities only: | I-DROW=initial death row review |
| WK=Work Assignment | RFGT=Restoration of Forfeited Gain Time Recommendation | | DROW=death row progress review |
| PGM=Program Assignment | ICC=Interstate Compact Recommendation | For Close Management facilities only: | I-CM=initial close management review |
| CWR=Community Work Release Assignment Recommendation/Termination | FCOR=FCOR Recommendation/Report | | CM=subsequent close management review |
| CWA=Community Work Assignment Recommendation/Termination | TRF=Transfers Recommendation | For Protective Management facilities only: | I-PM=initial protective management review |
| HO=Special Housing Assignment | SR=Special Review Recommendation | | PM=subsequent protective management review |
| AC=Subsequent 30-day AC Review/Extension/Release | OTH=Other Event | For Youthful Offender facilities only: | YO=youthful offender declaration/reassignment/BTU |
| I-PN=initial protection needs hearing/decision | I-CM=initial close management referral | | |

# FLORIDA DEPARTMENT OF CORRECTIONS

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

---

MEMO TO: Shift Supervisors

FROM: Colonel M. Nipper

DATE: April 14, 2025

SUBJECT: Heightened Security: Inmate WELLS, William (DC#326252)

---

Effective immediately and until further written notice from this office, the following Heightened Security procedures will be followed prior to removal of WELLS, William (DC#326252), from a secured cell.

1. He will be ordered to turn around and back up to his cell door and ordered to place his hands out the handcuff port with his thumps up where he will be handcuffed behind his back with the restraint chain in place on the handcuffs.

2. He will be ordered to back out of the cell. Two (2) officers will then secure the waist chain, order the inmates to get on his knees and the leg irons will be applied.

3. He will then be escorted *by a minimum of two (2) officers*, to the pre-determined location and back.

4. In the event the inmate has to leave the unit, the inmate will be secured in the holding cell. The restraints will be placed in the front utilizing the handcuffs, black box, and the waist chain for the escort. Any deviation from these instructions must be approved by the Shift Captain or Higher Authority.

5. The cell is to be searched each time he is removed and documented on the DC6-229 and DC6-2001.

Once he is returned to his cell the following procedures will be followed:

1. He will be ordered to get on his knees and face the outside of his cell door. The Officers will then remove the leg irons and secure the restraint chain.

2. The inmate will then enter his cell; the cell door will be secured. While maintaining hold of the restraint chain, the inmate will be ordered to back up to the handcuff port where the handcuffs and restraint chain will be removed.

[signature]

Correctional Officer Colonel

**Date:** July 29, 2025

**Florida Department of Corrections**
**Institutional Classification Team Docket**



Institution: Union Correctional Institution
Chairman: K. Tomlinson
Class. Supervisor: R. Andrews
Chief of Security: R. Mason
Start Time:
Other member:
Other member:
Other member:

**Docket Schedule**

| Bunk | DC# | Inmate Name | Team | Custody | Purpose | ICT Action | SCO Final Action |
|---|---|---|---|---|---|---|---|
| | | **HEIGHTEN SECURITY/SOLID DOOR** | | | | | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| P4105 | 326252 | Wells, William | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| [redacted] | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | | 06 | MAX | HS | Heighten Security Review ☑ Continue ☐ Remove | |
| | | Recommended Heighten Sec./Solid | | | | | |
| [redacted] | | | 06 | Max | HS | Heighten Sec - Approved | |
| | | | 06 | Max | HS | Heighten Sec. Approved | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| **State Classification Officer Signature:** | | **Review Date:** | |
|---|---|---|---|

 Incorporated by Reference in Rule 33-601.242, F.A.C.

## Purpose abbreviations:

| | | | |
|---|---|---|---|
| CU=Custody Review (initial & reclassification) | DC=DC 60-day Review/Release | For FSP only: | I-MAX=initial maximum management review |
| I-IMP=Initial Inmate Management Plan (completed; permanent facilities) | PSR=Loss of Privileges/Sanction/Restriction | | MAX=subsequent maximum management review |
| PR=Progress Review | VS=Visitation Suspension | For Death Row facilities only: | I-DROW=initial death row review |
| WK=Work Assignment | RFGT=Restoration of Forfeited Gain Time Recommendation | | DROW=death row progress review |
| PGM=Program Assignment | ICC=Interstate Compact Recommendation | For Close Management facilities only: | I-CM=initial close management review |
| CWR=Community Work Release Assignment Recommendation/Termination | FCOR=FCOR Recommendation/Report | | CM=subsequent close management review |
| CWA=Community Work Assignment Recommendation/Termination | TRF=Transfers Recommendation | For Protective Management facilities only: | I-PM=initial protective management review |
| HO=Special Housing Assignment | SR=Special Review Recommendation | | PM=subsequent protective management review |
| AC=Subsequent 30-day AC Review/Extension/Release | OTH=Other Event | For Youthful Offender facilities only: | YO=youthful offender declaration/reassignment/BTU |
| I-PN=initial protection needs hearing/decision | I-CM=initial close management referral | | |

INMATE NAME: WELLS, WILLIAM E DC#: 326252 PREV LOC/HOUS/JOB: / / HOUS: P4105S P.O. BOX:

*SECTION I: MISCELLANEOUS LOG
TYPE: [redacted] = Enhanced Security
DATE: 08/25/2025 TIME: 10:25
DISP: [redacted] = ENH.SEC.ASLT.OTH.W/INJ.
STAFF: [redacted] - SAPP, MYLES D

CURRENT RSN FOR CM PLC: CM1 TO DEATH ROW FOR MIP. RECENT DEATH TO ANOTHER, HOSTAGE SITUATION, RIOT, ESCAPE/ INCIDENT/DRS RESULTING IN SERIOUS INJURY/ DEATH TO ANOTHER, PROJECTILE, BIZARRE, OR UNPREDICTABLE HOSTAGE SITUATION, RIOT, ESCAPE/ ATTEMPT, SPITTING/OTHER SUBSTANCE USED AS A PROJECTILE, BIZARRE, OR UNPREDICTABLE BEHAVIOR(Y/N): Y TED BY THE INMATE WHICH WARRANTS ES DESIGNATION: DESCRIBE IF YES: IF YES: ON 07/05/19, DURING DAYROOM, HE WAS OBSERVED STRANGLING INMATE CHAPMAN, WILLIAM #C02785 ALOGN WITH HIS CO-DEFENDANT, INMATE BOATMAN, LEO #129327 STABBING THE VICTIM WITH 2 WEAPONS. DURING THIS INCIDENT, INMATE WELL WAS USING HIS FOOT TO BLOCK THE DOOR. THIS INCIDENT RESULTED IN THE DART TEAM BEING ACTIVATED. DESCRIBE THE IMMEDIATE ACTION/BEHAVIOR DEMONSTRATED BY THE INMATE WHICH WARRANTS ES DESIGNATION: IN ADDITION TO THE RECENT MIP, HE ALSO HAS SEVERAL PRIOR SEROUS VIOLENT ASSAULTS OF INMATES (05/10/08 & 05/17/11) DEMONSTRATING PATTERN. THE INCIDENT IN 2008 WAS AN ATTEMPTED MURDER OF HIS CELLMATE. THE INCIDENT IN 2011 INVOLVED HIM AND A CO-DEFENDANT, WHICH RESULTED IN THE DEATH OF A FELLOW INMATE.

TYPE: [redacted] = ICT RECOMMENDATION
DATE: 08/27/2025 TIME: 11:39
DISP: Z32 = APP.EN.SE.ASLT.OT.W/INJ.
STAFF: [redacted] - TOMLINSON, KEVIN M. [redacted] - ANDREWS, RICHARD J. [redacted] - MASON, RYAN

IS THE IMMEDIATE ACTION/BEHAVIOR DEMONSTRATED BY IS THE IMMEDIATE ACTION/BEHAVIOR DEMONSTRATED BY THE INMATE IN WRITING ON FORM DC6-229, A DISCIPLINARY REPORT, WARRANTING ES DESIGNATION DOCUMENTED IN WRITING ON FORM IF YES-INDICATE WHICH ONES: DC6-229, A DISCIPLINARY REPORT, UOF, OR INCIDENT REPORT? Y DID THE WARDEN/DUTY WARDEN APPROVE THE INITIAL IF YES-INDICATE WHICH ONES: 2019CF000706 -------------------------------------------------- DECISION: DID THE WARDEN/DUTY WARDEN APPROVE THE INITIAL DESIGNATION? Y IF YES, WHO: WARDEN REDDISH -------------------------------------------------- INDICATE THE DETERMINING FACTORS FOR THE ICT DECISION: ON 07/05/19, SUBJECT ALONG WITH CO-DEFENDANT STRANGLED AND STABBED A FELLOW INMATE TO DEATH IN THE DAYROOM. SUBJECT HAS A HISTORY OF VIOLENCE: 05/10/08 1ST DEGREE ATTEMPTED MURDER, 05/17/11 1ST DEGREE MURDER

TYPE: [redacted] = ICT RECOMMENDATION
DATE: 09/24/2025 TIME: 09:28
DISP: Z38 = 30D ENH.SEC.REV-CONTIN.
STAFF: [redacted] - TOMLINSON, KEVIN M. [redacted] - ANDREWS, RICHARD J. [redacted] - NIPPER, MICHELLE

IS THE IMMEDIATE ACTION/BEHAVIOR DEMONSTRATED BY THE INMATE WARRANTING ES DESIGNATION DOCUMENTED IN WRITING ON FORM DC6-229, A DISCIPLINARY REPORT, UOF, OR INCIDENT REPORT? YES IF YES-INDICATE WHICH ONES: 2019CF000706 ------------------------------ DID THE WARDEN/DUTY WARDEN APPROVE THE INITIAL DESIGNATION? YES IF YES, WHO: WARDEN REDDISH ---------------------------------------- INDICATE THE DETERMINING FACTORS FOR THE ICT DECISION: ON 07/05/19, SUBJECT ALONG WITH CO-DEFENDANT STANGLED AND STABBED A FELLOW INMATE TO DEATH IN THE DAYROOM. SUBJECT HAS A HISTORY OF VIOLENCE: 05/10/08 1ST DEGREE ATTEMPTED MURDER, 09/17/11 1ST DEGREE MURDER. 1) HAS THE INMATE SHOWN REMORSE FOR HIS ACTIONS? NO 2) IS HE NOW COOPERATIVE? YES 3) WHAT IS HIS BEHAVIOR CURRENTLY LIKE (SINCE PLACEMENT)? SUBJECT HAS REMAINED DR FREE SINCE 2019. SUBJECT STATED, "I WANT A CHANCE TO PROVE MYSELF." "I WAS ASKING FOR DEATH (PENALTY) FOR THE 2008 & 2011 INCIDENTS." "I WOULD LIKE CONTACT VISITS WITH MY WIFE."

TYPE: [redacted] = REGIONAL DIRECTOR
DATE: 10/02/2025 TIME: 15:48
DISP: Z42 = 30D ENH.SEC.REV-CONTIN.
STAFF: [redacted] - PALMER, JOHN M.

HAS THERE BEEN A CONTINUOUS DEMONSTRATION OF ACTION AND BEHAVIOR FROM THE INMATE SINCE THE INITIAL ES DESIGNATION - IF YES-DESCRIBE: IS THE ACTIONS/BEHAVIOR DOCUMENTED IN WRITING ON THE FORM DC6-229, A DISCIPLINARY REPORT, UOF, OR INCIDENT REPORT-IF YES, WHICH ONES: INDICATE THE DETERMINING FACTORS FOR THE REGIONAL DIRECTOR DECISION: RD PALMER APPROVES CONTINUATION ON ENHANCED SECURITY.

TYPE: [redacted] = ICT RECOMMENDATION
DATE: 11/03/2025 TIME: 14:12
DISP: Z40 = 60D ENH.SEC.REV-CONTIN.
STAFF: [redacted] - TOMLINSON, KEVIN M. [redacted] - ANDREWS, RICHARD J. [redacted] - NIPPER, MICHELLE

## CONTINUED ON NEXT PAGE........

INMATE NAME: WELLS, WILLIAM E DC#: 326252 PREV LOC/HOUS/JOB: / / HOUS: P4105S P.O. BOX:

*SECTION I: MISCELLANEOUS LOG

## CONTINUED FROM LAST PAGE........

HAS THERE BEEN A CONTINUOUS DEMONSTRATION OF ACTION AND BEHAVIOR FROM THE INMATE SINCE THE INITIAL ES DESIGNATION - NO - IF YES-DESCRIBE: IS THE ACTIONS/BEHAVIOR DOCUMENTED IN WRITING ON THE FORM DC6-229, A DISCIPLINARY REPORT, UOF, OR INCIDENT REPORT-NO -IF YES, WHICH ONES: INDICATE THE DETERMINING FACTORS FOR THE ICT DECISION: ON 07/05/19, SUBJECT ALONG WITH CO-DEFENDANT STANGLED AND STABBED A FELLOW INMATE TO DEATH IN THE DAYROOM. SUBJECT HAS A HISTORY OF VIOLENCE: 05/10/08 1ST DEGREE ATTEMPTED MURDER, 09/17/11 1ST DEGREE MURDER. 1) HAS THE INMATE SHOWN REMORSE FOR HIS ACTIONS? NO 2) IS HE NOW COOPERATIVE? YES 3) WHAT IS HIS BEHAVIOR CURRENTLY LIKE (SINCE PLACEMENT)? SUBJECT HAS REMAINED DR FREE SINCE 2019.

TYPE: [redacted] = REGIONAL DIRECTOR
DATE: 11/06/2025 TIME: 13:12
DISP: [redacted] = 60D> EH.SE.REV-CONTIN.
STAFF: [redacted] - PALMER, JOHN M.

HAS THERE BEEN A CONTINUOUS DEMONSTRATION OF ACTION AND BEHAVIOR FROM THE INMATE SINCE THE INITIAL ES DESIGNATION - IF YES-DESCRIBE: IS THE ACTIONS/BEHAVIOR DOCUMENTED IN WRITING ON THE FORM DC6-229, A DISCIPLINARY REPORT, UOF, OR INCIDENT REPORT-IF YES, WHICH ONES: INDICATE THE DETERMINING FACTORS FOR THE REGIONAL DIRECTOR DECISION: RD PALMER APPROVES CONTINUATION OF ENHANCED SECURITY.